```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 08490
   MARVIN D BOULWARE III
   TAMMY LYNN BOULWARE III                     CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-4453    SSN XXX-XX-5686


---------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/04/04 and confirmed on 07/21/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  29034.70 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| DEPARTMENT OF HUD | NOTICE ONLY | NOT FILED | .00 | .00 |
| SN SERVICING CORPORATION | SECURED | .00 | .00 | .00 |
| FIRST CONSUMERS NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| SUNRISE CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CHADWICKS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 792.73 | .00 | 792.73 |
| CAPITAL ONE FINANCIAL | UNSECURED | 778.33 | .00 | 778.33 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| MICHELE TRIFEE MD | UNSECURED | NOT FILED | .00 | .00 |
| EARTHLINK | UNSECURED | .00 | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY AUTO MALL | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MATCO TOOLS | SECURED | 3036.00 | 390.52 | 3036.00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1209.13 | .00 | 1209.13 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROGERS & HOLLAND | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | 18096.96 | .00 | 18096.96 |
| SN SERVICING CORPORATION | MORTGAGE ARRE | 1200.00 | .00 | 1200.00 |

```
COST OF COLLECTION        COST OF COLLE NOT FILED              .00            .00
MATCO TOOLS               UNSECURED          20.83              .00          20.83
RESURGENT CAPITAL SERVIC  UNSECURED         636.91              .00         636.91
FIRST MADISON SERVICES I  SECURED              .00              .00            .00
      Summary of disbursements:
-----------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  22332.96           .00      3437.93         .00      25770.89
PRINCIPAL PAID      22332.96           .00      3437.93         .00      25770.89
INTEREST PAID         390.52           .00           .00        .00        390.52
TOTAL PAID          22723.48           .00      3437.93         .00      26161.41
```

The Debtor's attorney, TERENCE M FENELON            , was allowed $  2123.00
and was paid $    777.00  direct and $   1346.00   through the plan.

The Trustee received $   1172.71 .

Refunds to the Debtor totaled $    354.58 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 12/14/07                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO.  04 B 08490 MARVIN D BOULWARE III & TAMMY LYNN BOULWARE III